**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Super 8 Worldwide, Inc., f/k/a Super 8 Motels, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., formerly known as SUPER 8 MOTELS, INC., a South Dakota Corporation, <br><br> Plaintiff, <br><br> v. <br><br> F & R GROUP INVESTMENT, LLC, a Texas limited liability company; and FARAZ FAIZ, an individual, <br><br> Defendants. | Civil Action No. 13-cv-7835 SDW-MCA <br><br> **FINAL JUDGMENT BY DEFAULT** |

*[Handwritten notation across page: "Denied as Moot"]*

This matter having been opened to the Court by plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc. ("SWI"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendants, F & R Group Investment, LLC and Faraz Faiz (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on December 26, 2013, seeking damages as a result of the breach of a franchise agreement between SWI and F & R Group Investment, LLC; and service of the Summons and Complaint having been effectuated with respect to defendants F & R Group Investment, LLC and Faraz Faiz by serving them by mail on July 31, 2014; and it appearing that default was duly noted by the Clerk of the Court against defendants F & R Group Investment, LLC

and Faraz Faiz on February 10, 2015 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this __14th__ day of __August__, 2015,

**ORDERED, ADJUDGED, AND DECREED** that SWI have judgment against Defendants, jointly and severally, in the total amount of $261,967.91, comprised of the following: [*Denied*]

a) $155,601.96 for liquidated damages (principal plus prejudgment interest); and

b) $106,365.95 for Recurring Fees (principal plus prejudgment interest)

_____
HONORABLE SUSAN D. WIGENTON, U.S.D.J.

*In light of Docket Entry #20, request for default is moot.
SDW