<u>NOT FOR PUBLICATION</u>

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., <br><br>     Plaintiff, <br>v. <br><br> F&R GROUP INVESTMENTS, LLC; FARAZ FAIZ, <br><br>     Defendants. | Civil Action No. <br><br> 2:13-cv-07835-SDW-SCM <br><br><br><br> **ORDER** <br><br> August 15, 2016 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on July 22, 2016 by Magistrate Judge Steven C. Mannion ("Judge Mannion"), recommending that Plaintiff Super 8 Worldwide, Inc.'s ("Super 8") motion to strike Defendant Faraz Faiz's ("Defendant" or "Faiz") Answer and for entry of default be **GRANTED**.  (Dkt. Nos. 38, 39.)  No objections were filed.

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter.  Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion (Dkt. No. 38) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                                                                    s/ Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
cc:    Parties
       Magistrate Judge Steven C. Mannion